UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**Plaintiff / Petitioner:**
Rudy A. Colon and Elvin Aquino
**Defendant / Respondent:**
Yaaron LLC, Aaron Jungreis, and Meir Rothman

---

**AFFIDAVIT OF SERVICE**

Index No:
23-cv-07127

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age. That on <u>Mon, Aug 21 2023</u> AT <u>02:09 PM</u> AT <u>261 Lenox Rd, Brooklyn, NY 11226</u> deponent served the within <u>SUMMONS IN A CIVIL ACTION; COMPLAINT</u> on <u>Meir Rothman</u>

☐ **Personal service delivery:** By delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporate service delivery:**   By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____ , a person authorized to accept service.

☐ **Partnership service delivery:**   By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

☐ **Substituted service delivery:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode.

☒ **Conspicuous service delivery:** by affixing a true copy of each to the door thereof, the deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat.

☐ **Mailing:** On deponent enclosed a copy of same in a postage-paid sealed wrapped properly addressed to at _____ , First Class Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise. that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

☐ **Military Service:** Deponent further states upon information and belief that said person so served is not in the Military Service of State of New York or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Unsuccessful Attempt: Aug 16, 2023, 1:11 pm EDT at 261 Lenox Rd, Brooklyn, NY 11226
Talked with multiple individuals in office management, they stated they know who is Meir Rothman. However he doesn't live or work there

2) Unsuccessful Attempt: Aug 18, 2023, 1:11 pm EDT at 261 Lenox Rd, Brooklyn, NY 11226
No response from management office

3) Successful Attempt: Aug 21, 2023, 2:09 pm EDT at 261 Lenox Rd, Brooklyn, NY 11226
Documents were affixed to the door after due diligence was performed.

**Description:**
Age: _____   Skin Color: _____   Gender: _____   Weight: _____
Height: _____   Hair: _____   Relationship: _____
Other   Wouldn't open door

_____
Jeremy Coley
2112646DCA

Sworn to before me on   8/25/23

_____
Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

# AFFIDAVIT OF SERVICE BY MAIL

**United States District Court for the Southern District of New York**                    CASE NO: **23-cv-07127**
Plaintiff / Petitioner: **Rudy A. Colon and Elvin Aquino**
vs.
Defendant / Respondent: **Yaaron LLC, Aaron Jungreis, and Meir Rothman**

I <u>Nasim Dehghani</u> being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on <u>Mon, Aug 21, 2023</u> deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT in a postage-paid sealed wrapped properly addressed to **Meir Rothman** at **261 Lenox Rd, Brooklyn, NY 11226**, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

Sworn to me on the _____ 8/25/23 _____

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

*Notary Public*

Nasim Dehghani

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022