UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| RUDY A. COLON and ELVIN AQUINO,<br><br>                              Plaintiffs,<br><br>-against-<br><br>YAARON LLC, AARON JUNGREIS, and MEIR ROTHMAN,<br><br>                              Defendants. | 1:23-cv-07127 (JGK)<br><br>**STIPULATION REGARDING SERVICE OF PROCESS AND TIME TO RESPOND TO SUMMONS AND COMPLAINT** |

-------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that the time for Defendants Yaaron LLC, Aaron Jungreis, and Meir Rothman (the "Defendants") to answer, move, or otherwise respond to the Complaint in the above-captioned actions is hereby extended through and including October 20, 2023.

**IT IS FURTHER STIPULATED AND AGREED,** that the Defendants accept service of the Summons and Complaint without further process necessary on the Plaintiffs' part.

**IT IS FURTHER STIPULATED AND AGREED,** that this Stipulation may be executed in counterparts, and electronic or facsimile signatures shall have the same force and effect as originals.

DATED: New York, New York
         September 18, 2023

**RAPAPORT LAW FIRM, PLLC**
*Attorneys for Plaintiffs*

By: /s/ Marc Rapaport
   Marc Rapaport, Esq.
   80 Eighth Avenue, Suite 206
   New York, New York 10011
   (212) 382-1600

**PHILLIPS NIZER, LLP**
*Attorneys for Defendants*

By: /s/ Regina E. Faul
   Regina E. Faul, Esq.
   485 Lexington Avenue, 14th Floor
   New York, New York 10017
   (212) 977-9700

SO ORDERED:

[signature]
9/19/23