UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RUDY A. COLON and ELVIN AQUINO,

                Plaintiffs,

   -against-                                Index No. 23-cv-07127 (JGK)

YAARON LLC, AARON JUNGREIS, and
MEIR ROTHMAN,

                Defendants.
------------------------------------------------------------------X

**DEFENDANTS' FED. R. CIV. P. 7.1(A)**
**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants YAARON LLC, AARON JUNGREIS, and MEIR ROTHMAN, private non-governmental parties, certifies that they have no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated:  New York, New York
           October 20, 2023

                                      Respectfully submitted,

                                      **PHILLIPS NIZER LLP**

                                      By:    /s/ *Caitlin Breen*
                                      Caitlin Breen
                                      CBreen@phillipsnizer.com
                                      485 Lexington Avenue, 14th Floor
                                      New York, New York 10017
                                      Telephone:  (212) 977-9700
                                      Telecopier:  (212) 262-5152
                                      *Attorneys for the above-described Defendants*

3660536.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2023, I caused the foregoing document to be served upon Plaintiffs Rudy A. Colon and Elvin Aquino ("Plaintiffs"), by service upon Plaintiffs' counsel **via ECF.**

**RAPAPORT LAW FIRM, PLLC**
Marc Rapaport, Esq.
80 Eighth Avenue, Suite 206
New York, New York 10011
Telephone: (212) 382-1600
*Attorneys for Plaintiffs Rudy A. Colon and Elvin Aquino*

By: */s/ Caitlin Breen*
      Caitlin Breen

3660536.1