UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

RUDY A. COLON, ET AL.,                      23-cv-7127 (JGK)

            Plaintiffs,              ORDER

    - against -

YAARON LLC, ET AL.,

            Defendants.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 7, 2023.

SO ORDERED.

Dated:    New York, New York
          October 23, 2023

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge