UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RUDY A. COLON,
                     Plaintiff(s)
                                                                                                      23 civ 7127 (JGK)

        -against-

ELVIN AQUINO,
                     Defendant(s).
------------------------------------------------------------X

## ORDER

The matter having been referred to mediation via order entered on October 23, 2023, and a scheduling order having been entered on November 8, 2023,

The conference scheduled for December 5, 2023, is canceled.

**SO ORDERED.**

                                                                                       **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           November 28, 2023