Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars

**APPLICATION GRANTED**
**SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/21/24

October 21, 2024

**Via ECF**
Honorable John G. Koeltl
United State District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   **Colon and Aquino v. Yaaron LLC et al.**
       **Case No. 23-cv-07127(JGK)**

Dear Judge Koeltl:

We represent Plaintiffs in the above-referenced wage and hour matter. Pursuant to Your Honor's Order of October 15, 2024 (ECF No. 45), the parties' application for approval of their settlement agreement is due today, October 21, 2024. Counsel for all parties jointly request that this deadline be extended to October 30, 2024. The parties make this request because Defendants have executed the agreement and the parties are awaiting Plaintiffs' signatures. There has been one prior request to extend this deadline.

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Marc A. Rapaport

Marc A. Rapaport

Cc: All counsel of record via ECF