Rapaport Law Firm, PLLC
80 Eighth Avenue, Suite 206
New York, NY 10011
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF SERVICES**

October 30, 2024

Matter Name:   Colon et al.v. Yaaron LLC et al. 2023

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Marc A. Rapaport | | | |
| 7/24/2023 | MR | Initial meeting with Mr. Colon, KG as interp | 1.00 450.00/hr | 450.00 |
| 7/25/2023 | MR | Meeting with Mr. Aquino and Mr. Colon | 2.00 450.00/hr | 900.00 |
| 8/11/2023 | MR | Edit complaint | 1.50 450.00/hr | 675.00 |
| 9/5/2023 | MR | Fact research - defendants' addresses for service of process of pleadings | 1.00 450.00/hr | 450.00 |
| 10/20/2023 | MR | Receive and review deft's Answer to complaint | 0.20 450.00/hr | 90.00 |
| 10/23/2023 | MR | Receive and review mediation referral and mediator assignment | 0.10 450.00/hr | 45.00 |
| 10/27/2023 | MR | Emails with Ms. Breen re. joint R. 26(f) report | 0.10 450.00/hr | 45.00 |
| 11/1/2023 | MR | Email to Judge Freedman and Counsel for Defts | 0.10 450.00/hr | 45.00 |
| 11/2/2023 | MR | Prepare for R. 26 conf with defs' counsel, Ms. Breen | 0.50 450.00/hr | 225.00 |
| | MR | R. 26 tel. conf with Ms. Breen | 0.60 450.00/hr | 270.00 |
| | MR | Draft R. 26 Report; review Judge Koeltl's individual rules | 0.50 450.00/hr | 225.00 |
| 11/4/2023 | MR | Further changes/edits to proposed case management and scheduling order; email to Ms. Breen regarding same and attaching draft | 0.50 450.00/hr | 225.00 |

|            |    |                                                                                                                                              | Hrs/Rate         | Amount |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 11/4/2023  | MR | Conference call with KG and client Rudy Colon regarding ▓▓▓▓ ▓▓▓▓▓▓▓▓ schedule in-person appt. for Monday; KG as interpreter                  | 0.20 450.00/hr   | 90.00  |
|            | MR | Review discovery requirements contained in mediation referral order; meeting with KG re same; review documents already in our file           | 0.50 450.00/hr   | 225.00 |
| 11/6/2023  | MR | Telephone call from Ms. Breen, defs' counsel, re: discovery deadlines; proposed scheduling order                                              | 0.20 450.00/hr   | 90.00  |
|            | MR | Meeting in office with Mr. Aquino and Mr. Colon, with K Gulfo as interpreter. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                          | 1.00 450.00/hr   | 450.00 |
|            | MR | Tel. call with Ms. Breen                                                                                                                     | 0.17 450.00/hr   | 75.00  |
| 11/9/2023  | MR | Prepare for call with opposing counsel and Hon. Freedman                                                                                     | 0.60 450.00/hr   | 270.00 |
|            | MR | Call with opposing counsel, Ms. Breen and Hon. Freedman                                                                                      | 0.50 450.00/hr   | 225.00 |
| 11/10/2023 | MR | TC with Mr. Colon, K. Gulfo as interpreter                                                                                                   | 0.20 450.00/hr   | 90.00  |
| 11/14/2023 | MR | LR re: issues and legal requirements relating to payment of wages via prepaid debit cards; NYLL provisions relating to same                  | 1.00 450.00/hr   | 450.00 |
|            | MR | Email to Judge Freedman and counsel for Defts re. plaintiffs' preliminary spreadsheets of their estimated damages. and settlement demand     | 0.20 450.00/hr   | 90.00  |
|            | MR | Receive and review newly provided electronic comm's provided by Mr. Colon, including his texts and WhatsApp comm's with tenants              | 1.00 450.00/hr   | 450.00 |
| 11/15/2023 | MR | Telephone call with Defendants' counsel Ms. Breen re: next steps; initial production of documents per Judge's scheduling order; touch upon settlement-related issues | 0.20 450.00/hr | 90.00 |
| 11/16/2023 | MR | T/c with defendants' counsel, Ms. Breen, re discovery schedule; mediation                                                                    | 0.20 450.00/hr   | 90.00  |
| 11/27/2023 | MR | Email to Ms. Breen Esq., convey initial demand                                                                                               | 0.10 450.00/hr   | 45.00  |
| 11/30/2023 | MR | Plan and prepare for today's pre-mediation conference call; review defendants' discovery (payroll journals)                                  | 0.60 450.00/hr   | 270.00 |
|            | MR | Initial pre-mediation conference (virtual) with mediator and defendants' counsel                                                             | 0.50 450.00/hr   | 225.00 |
| 12/7/2023  | MR | Respond to email of JAMS                                                                                                                     | 0.10 450.00/hr   | 45.00  |
| 12/8/2023  | MR | Revisions to R.26 Initial Disclosure; discussion with KG re same                                                                             | 0.50 450.00/hr   | 225.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/11/2023 | MR | Telephone call with Caitlin Breen, Esq. regarding discovery, scheduling and related issues | 0.20<br>450.00/hr | 90.00 |
| 12/12/2023 | MR | Draft edits to Plaintiffs' First set of Interrogatories to all Defs | 0.50<br>450.00/hr | 225.00 |
| 12/13/2023 | MR | Email with Ms. Breen, atty for defts re. discovery deadlines | 0.20<br>450.00/hr | 90.00 |
| | MR | Further emails with Ms. Breen re scheduling discovery | 0.10<br>450.00/hr | 45.00 |
| 12/22/2023 | MR | Review docket; email with defs' counsel re: revised scheduling order is due on Monday | 0.50<br>450.00/hr | 225.00 |
| | MR | LR: NY Gen. Bus Law and Lim. Liab. Co. law re: notices to shareholders and management members to trigger indiv. liability | 0.50<br>450.00/hr | 225.00 |
| 1/10/2024 | MR | T/c with defendants' counsel, Ms. Breen, re discovery deadlines; mediation-related issues | 0.20<br>450.00/hr | 90.00 |
| 1/16/2024 | MR | Review and update damages calculations | 1.10<br>450.00/hr | 495.00 |
| 1/17/2024 | MR | T/c with defendants' counsel, Ms. Breen, re: settlement-related and discovery-related issues; review docket | 0.60<br>450.00/hr | 270.00 |
| | MR | Draft untimely pay section of mediation statement | 1.50<br>450.00/hr | 675.00 |
| 1/18/2024 | MR | LR relating to plaintiffs' claims for liquidated damages for defendants' violations of NYLL weekly pay requirements; review this weeks App. Div decision | 1.00<br>450.00/hr | 450.00 |
| | MR | Telephone calls with Mr. Colon and Mr. Aquino re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.50<br>450.00/hr | 225.00 |
| | MR | Contin drafting mediation statement; research defendants' portfolio of buildings; public records relating to defendants' buildings and issues relating to their financial wherewithal to pay a substantial judgment/settlement; draft mediation section regarding liquidated damages on minimum wage and overtime claims | 3.50<br>450.00/hr | 1,575.00 |
| | MR | Final proofreading/review of mediation stmt. | 1.00<br>450.00/hr | 450.00 |
| 1/19/2024 | MR | Prepare for mediation; telephone call with Mr. Colon | 1.00<br>450.00/hr | 450.00 |
| | MR | Receive and review defendants' proposed letter motion for extension of discover deadlines; extensive revisions to same; review Judge Koeltl's Order of 11/8.23, individual rules, and the FLSA Discovery Protocols in connection with same; email re same with defendants' counsel, Ms. Breen | 1.20<br>450.00/hr | 540.00 |
| | MR | Call with Mr. Aquino, K. Gulfo as interp | 0.20<br>450.00/hr | 90.00 |

|            |    |                                                                                                                                                                                          | Hrs/Rate        | Amount   |
|------------|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 1/19/2024  | MR | Call with IT specialist and K. Gulfo regarding client coordination/configuration for virtual mediation                                                                                   | 0.30 450.00/hr  | 135.00   |
|            | MR | Revise Defendants' proposed joint letter motion; emails with Defs' counsel Ms. Breen re same; t/c with Ms. Breen re same                                                                 | 0.60 450.00/hr  | 270.00   |
| 1/23/2024  | MR | Pre mediation discussion with clients; KG as interpreter                                                                                                                                 | 1.00 450.00/hr  | 450.00   |
|            | MR | Mediation, virtual                                                                                                                                                                       | 3.00 450.00/hr  | 1,350.00 |
| 1/25/2024  | MR | Review rules/law re: General Business Law obligation of shareholders/members and notice requirement                                                                                      | 0.50 450.00/hr  | 225.00   |
| 2/2/2024   | MR | Draft non-party document subpoena to defs' payroll provider, Heartland                                                                                                                   | 0.60 450.00/hr  | 270.00   |
| 2/5/2024   | MR | Discussions with KG re: edits and revisions to 30(b)(6) deposition notice to Yaaron LLC; review revised version                                                                          | 0.40 450.00/hr  | 180.00   |
|            | MR | Receive and review emails from Ms. Breen re: written discovery deadlines; respond to same; review calendar and identify potential deposition dates                                       | 0.40 450.00/hr  | 180.00   |
| 2/6/2024   | MR | Teleph call with Mr. Colon                                                                                                                                                               | 0.20 450.00/hr  | 90.00    |
| 2/7/2024   | MR | Extensive t/c with witness (resident of building where plaintiffs' worked) review publicly filed documents, including court records, regarding building                                  | 1.50 450.00/hr  | 675.00   |
|            | MR | LR re Defendants' demand for tax returns; recent case law                                                                                                                                | 1.00 450.00/hr  | 450.00   |
| 2/14/2024  | MR | LR re: joint employer and single employer case law; draft amended complaint                                                                                                              | 2.00 450.00/hr  | 900.00   |
| 2/15/2024  | MR | Draft first amended compl; research as to deft via public records and court records; research as to Yonah Halton; meeting with KG re. FAC; call with Mr. Colon, KG and interp            | 5.00 450.00/hr  | 2,250.00 |
| 2/21/2024  | MR | Review Defs' proposed letter motion for extension of discovery as a result of newly-added defendant; re-review the Court's revised scheduling order of 1/30/24; emails with defs' counsel re same; t/c with defendants' counsel re same | 0.60 450.00/hr  | 270.00   |
| 2/23/2024  | MR | Review and extensively revise Defendants' draft joint letter to Court                                                                                                                    | 0.50 450.00/hr  | 225.00   |
| 2/29/2024  | MR | Review non-party Heartland's document production in response to our subpoena                                                                                                             | 0.50 450.00/hr  | 225.00   |
| 3/17/2024  | MR | Extensive drafting of letter setting forth objections to defs' discovery demands, including rogs of defs that are improper contention rogs and/or violate work product doctrine; LR re same; | 2.50 450.00/hr  | 1,125.00 |

|            |    |                                                                                                                                                             | Hrs/Rate        |   Amount |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 3/17/2024  | MR | LR re: discovery demands for social media and/or text comm's in the context of overtime claims                                                              | 1.00 450.00/hr  |   450.00 |
| 3/28/2024  | MR | Telephone call with Ms. Breen re: scheduling order that is due tomorrow                                                                                     | 0.20 450.00/hr  |    90.00 |
| 5/24/2024  | MR | Meetings with Colon and Aquino                                                                                                                              | 2.50 450.00/hr  | 1,125.00 |
| 5/28/2024  | MR | Further review/edit responses to document demands                                                                                                           | 2.00 450.00/hr  |   900.00 |
| 5/30/2024  | MR | Discussions with KG and SB re: meeting with witnesses at building; obtaining witness statements                                                              | 0.40 450.00/hr  |   180.00 |
| 6/4/2024   | MR | Draft Request for Admissions                                                                                                                                | 0.50 450.00/hr  |   225.00 |
| 7/11/2024  | MR | Review and edit letter motion to court re: joint request to extend discovery pending mediation efforts                                                       | 0.50 450.00/hr  |   225.00 |
|            | MR | Draft email to mediator Nardo advising that the parties jointly wish to retain him as mediator, and asking for his availability                              | 0.20 450.00/hr  |    90.00 |
| 7/12/2024  | MR | Receive notice from Court setting forth revised deadlines for discovery and dispositive motions; calendar same                                              | 0.20 450.00/hr  |    90.00 |
| 8/23/2024  | MR | Full morning of mediation                                                                                                                                   | 4.00 450.00/hr  | 1,800.00 |
|            | MR | Afternoon mediation session, 1:00 to 4:15 pm; settlement in principal reached; meeting with clients with KG as interpreter                                   | 3.50 450.00/hr  | 1,575.00 |
| 9/22/2024  | MR | Review and revise draft letter to Court regarding the parties' settlement in principle and requesting a deadline for submitting a Cheeks application; email same to defendants' counsel for approval | 0.30 450.00/hr  |   135.00 |
| 10/10/2024 | MR | T/c with R Faul, defendants' counsel, re issues relating to settlement agreement, particularly with respect to payment provisions, tax withholdings and tax treatment of payment; review language in most recent draft relating to same | 0.50 450.00/hr  |   225.00 |
|            | MR | Draft revisions to payment provisions of proposed settlement agreement and reporting of payments via 1099/W-2                                               | 0.70 450.00/hr  |   315.00 |
| 10/11/2024 | MR | Prepare final versions of settlement agreement for execution, dividing payments into 1099 and W-2 portions. Email same to defendants' counsel                | 0.50 450.00/hr  |   225.00 |
| 10/22/2024 | MR | Draft background and damages section of Cheeks letter                                                                                                       | 1.50 450.00/hr  |   675.00 |
| 10/23/2024 | MR | Meeting with Mr. Aquino and Mr. Colon; extensive discussion regarding settlement agreement, with KG as interpreter; agreement executed and tax forms signed | 1.20 450.00/hr  |   540.00 |
|            | MR | Draft sections of Cheeks letter relating to estimated damages and reasonableness of the settlement amount.  Review Plaintiffs' damages calculations  in connection with same | 1.50 450.00/hr  |   675.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/23/2024 | MR | Review billing records; calculate lodestar | 1.00<br>450.00/hr | 450.00 |
| 10/25/2024 | MR | email comm's with Defendants' attorney, Faul, re: defendant Meir Rothman's refusal to sign the settlement agreement; reject Defendants' counsel's request that we seek approval of agreement without defendant Rothman's signature. | 0.20<br>450.00/hr | 90.00 |
| | MR | Further edits to Cheeks letter; add section relating to best-case potential damages; update Lodestar analysis/legal research | 1.00<br>450.00/hr | 450.00 |
| 10/28/2024 | MR | Emails with defendants' counsel re: holdout among defendants. | 0.10<br>450.00/hr | 45.00 |
| | | SUBTOTAL: | [ 73.77 | 33,195.00] |

### Karina Gulfo

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/23/2023 | KG | Meeting with Colon, interpret | 1.00<br>115.00/hr | 115.00 |
| 7/25/2023 | KG | Meeting with Mr. Aquino and Colon, interpret during same | 1.00<br>115.00/hr | 115.00 |
| 7/27/2023 | KG | begin initial draft of complaint | 0.70<br>115.00/hr | 80.50 |
| 8/1/2023 | KG | T/C with Mr. Aquino | 0.10<br>115.00/hr | 11.50 |
| 8/11/2023 | KG | Edit, finalize and file compl | 2.00<br>115.00/hr | 230.00 |
| 8/15/2023 | KG | Communications with process server re: instructions and locations for service of pleadings; discussion with MR re same | 0.20<br>115.00/hr | 23.00 |
| 8/24/2023 | KG | Prepare initial draft of plaintiffs' damages chart; review documents provided by clients and discussions with MR re same | 2.00<br>115.00/hr | 230.00 |
| 9/5/2023 | KG | File AOS via ECF, discussion with MR re. Deft Jungreis and service of process issue | 0.30<br>115.00/hr | 34.50 |
| 9/26/2023 | KG | Receive and review Deft. Jungreis affidavits of server from process server | 0.20<br>115.00/hr | 23.00 |
| 10/25/2023 | KG | Calendar pre mediation call, file mediation Order; email to MR re: summary of initial estm. damages for each Plaintiff | 0.50<br>115.00/hr | 57.50 |
| 11/2/2023 | KG | Research as to Judge's rules, specific FLSA rules and discovery requirements; research as to rule 26 report requirements | 1.00<br>115.00/hr | 115.00 |
| | KG | Create damages chart regarding Plaintiffs' claims for untimely pay; review of initial pleading; comm's with MR re. same; extensive edits to prior damages chart to include additional weeks permitted under NY Executive Order tolling statute of limitations due to pandemic | 1.50<br>115.00/hr | 172.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2023 | KG | Comm's w/ defts' counsel | 0.10<br>115.00/hr | 11.50 |
| 11/4/2023 | KG | Discussion with MR re pre-mediation discovery; conference call MR and client Colon, interpret | 0.30<br>115.00/hr | 34.50 |
| 11/9/2023 | KG | Edit damages chart | 0.70<br>115.00/hr | 80.50 |
|  | KG | Assist with preparation for call with defts counsel and Judge Freedman, create case/damages summary | 0.50<br>115.00/hr | 57.50 |
| 11/10/2023 | KG | Research as to obtaining/extracting text messages from clients' cell phones for discovery purposes; review software: Decipher Text Message | 0.70<br>115.00/hr | 80.50 |
|  | KG | Call with Mr Colon and MR | 0.20<br>115.00/hr | 23.00 |
| 11/13/2023 | KG | Edits to damages chart; meeting with MR re same | 0.50<br>115.00/hr | 57.50 |
| 11/14/2023 | KG | Further edits to damages chart; send same to mediator and defts' counsel | 0.70<br>115.00/hr | 80.50 |
|  | KG | Comm's with client Mr. Colon | 0.10<br>115.00/hr | 11.50 |
|  | KG | Meeting with Rudy A. Colon re: ▮▮▮▮▮▮▮▮▮▮ | 1.00<br>115.00/hr | 115.00 |
| 11/30/2023 | KG | Prepare for 2nd call with mediator; prepare documents and notes for MR; review damages | 0.70<br>115.00/hr | 80.50 |
| 12/8/2023 | KG | draft rule 26 disclosures; draft proposed joint email to JAMS re court-annexed mediation with mediator, Judge Freedman, and circulate draft of same to defts' counsel. | 1.00<br>115.00/hr | 115.00 |
|  | KG | Teleph calls with Mr. Colon and Mr. Aquino; schedule in-person meeting with Mr. Colon and Mr. Aquino | 0.30<br>115.00/hr | 34.50 |
| 12/11/2023 | KG | Begin draft document demands, review of pleadings | 1.20<br>115.00/hr | 138.00 |
| 12/12/2023 | KG | Review of pre-mediation disclosure requirements and defts' production | 0.40<br>115.00/hr | 46.00 |
|  | KG | Calendar and compile list of all deadlines; send email to Mr. Rapaport regarding same | 0.30<br>115.00/hr | 34.50 |
|  | KG | Begin draft interrogatories to defendants | 1.10<br>115.00/hr | 126.50 |
| 12/21/2023 | KG | Begin review of Colon's texts re. discovery | 1.00<br>115.00/hr | 115.00 |
| 12/23/2023 | KG | Continue prelim. review of Colon's texts re. discovery | 1.30<br>115.00/hr | 149.50 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2024 | KG | Begin draft of mediation memo; send same to MR | 0.70<br>115.00/hr | 80.50 |
| 1/17/2024 | KG | Further drafting of mediation statement; addition of legal principles concerning NYLL janitor's exemption | 1.50<br>115.00/hr | 172.50 |
| 1/18/2024 | KG | Edits to mediation statement re. background, hours and plaintiffs' duties; legal research as to NYLL and FLSA record keeping requirements | 0.60<br>115.00/hr | 69.00 |
|  | KG | Leave VM for clients and texts | 0.20<br>115.00/hr | 23.00 |
|  | KG | Extensive edits to mediation submission; review MR's damage calculation revisions and update mediation stmt to reflect same; review discovery materials provided by defs and include section addressing same in mediation memo | 4.00<br>115.00/hr | 460.00 |
|  | KG | Further edits to mediation memo; extensive discussions with MR re same | 1.00<br>115.00/hr | 115.00 |
| 1/19/2024 | KG | Call with IT specialist and MR regarding client coordination/configuration for virtual mediation | 0.30<br>115.00/hr | 34.50 |
|  | KG | Proofread letter to court to extend discovery deadlines | 0.10<br>115.00/hr | 11.50 |
|  | KG | Call with Mr. Aquino and MR | 0.20<br>115.00/hr | 23.00 |
|  | KG | Leave VM for Mr. Colon | 0.10<br>115.00/hr | 11.50 |
| 1/23/2024 | KG | Pre mediation discussion with clients, interpret during same | 1.00<br>115.00/hr | 115.00 |
|  | KG | mediation -- interpret during same | 3.00<br>115.00/hr | 345.00 |
| 2/5/2024 | KG | Proof and edit depo notice to Yaaron LLC | 0.20<br>115.00/hr | 23.00 |
| 2/12/2024 | KG | Proof and send to defts' counsel Plaintiffs' Supplemental Initial Rule 26 Disclosures. | 0.20<br>115.00/hr | 23.00 |
| 2/15/2024 | KG | Proof, edit and file first amended compl and summons, meeting with MR re. same; call with Mr. Colon and interpret during same | 2.50<br>115.00/hr | 287.50 |
| 2/25/2024 | KG | Review and file text messages from Mr. Colon | 0.60<br>115.00/hr | 69.00 |
| 2/27/2024 | KG | File affidavit of service via ECF Yonah Halton served on 2/22/2024 | 0.10<br>115.00/hr | 11.50 |
| 3/27/2024 | KG | Receive calls from defts' counsel; send message to MR re. same; continue drafting interrogatory objections | 1.00<br>115.00/hr | 115.00 |
| 3/28/2024 | KG | Complete drafting interrogatory objections | 1.00<br>115.00/hr | 115.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/28/2024 | KG | Draft revised scheduling order | 0.50 115.00/hr | 57.50 |
| 3/29/2024 | KG | Continue drafting responses and objections to defts' document demands; LR re. same | 2.50 115.00/hr | 287.50 |
| | KG | Review/proof proposed scheduling order; file same via ECF | 0.40 115.00/hr | 46.00 |
| 4/2/2024 | KG | Finish drafting objections to defts' document demands; send same to MR for review | 0.70 115.00/hr | 80.50 |
| 4/9/2024 | KG | File aff of service as to Yonah Halton (second attempt) | 0.10 115.00/hr | 11.50 |
| 5/16/2024 | KG | Email comm to defts counsel | 0.10 115.00/hr | 11.50 |
| 5/23/2024 | KG | Proofread MR's edits to discovery objections and responses; edit same; edit responses to defts' req. for document production; review production and edit same; upload documents to Sharefile for secure transfer to Defts counsel | 4.00 115.00/hr | 460.00 |
| | KG | Add documents to production; edit index | 0.30 115.00/hr | 34.50 |
| 5/24/2024 | KG | Interpret during meetings with Colon and Aquino | 2.50 115.00/hr | 287.50 |
| 5/30/2024 | KG | Meeting with MR re. witness stmts, discussion with SB | 0.60 115.00/hr | 69.00 |
| 6/3/2024 | KG | LR re. notice to admit | 0.30 115.00/hr | 34.50 |
| 7/10/2024 | KG | Draft joint letter to court; send same to defts counsel | 0.50 115.00/hr | 57.50 |
| 8/20/2024 | KG | Review and revise Plaintiffs' damage calculations | 3.00 115.00/hr | 345.00 |
| 8/23/2024 | KG | Participate in mediation; interpret for clients during mediation | 5.50 115.00/hr | 632.50 |
| | KG | Prepare documents for mediation and notes/summary | 0.30 115.00/hr | 34.50 |
| | KG | Meeting with MR, Mr. Colon, and Mr. Aquino ▮▮▮ | 0.50 115.00/hr | 57.50 |
| 8/29/2024 | KG | Call with Mr. Colon and email to Defts counsel regarding inspection of client's apartment pursuant to agreement at mediation session | 0.20 115.00/hr | 23.00 |
| 9/17/2024 | KG | Organize sample settlement agreements | 0.20 115.00/hr | 23.00 |
| 9/18/2024 | KG | Review and edit settlement agreement and send same via email to counsel for Defts | 1.00 115.00/hr | 115.00 |

|            |    |                                                                                                                                 | Hrs/Rate        | Amount   |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------|-----------------|----------|
| 10/21/2024 | KG | Draft letter extension request; edit and send same to defts' counsel; file same via ECF; call with Mr. Colon re. appointment    | 0.40 115.00/hr  | 46.00    |
| 10/23/2024 | KG | Meeting with clients and MR; execution of agreement and tax forms, interpret during same                                        | 1.20 115.00/hr  | 138.00   |
| 10/24/2024 | KG | Proofread and edit Cheeks letter                                                                                                | 1.00 115.00/hr  | 115.00   |
|            | KG | Email to Regina Faul, Esq. counsel for defts' re. change to settlement apportionment                                            | 0.10 115.00/hr  | 11.50    |
|            | KG | Draft consent to magistrate                                                                                                     | 0.20 115.00/hr  | 23.00    |
| 10/25/2024 | KG | Review of billing records and case-related disbursements in connection with Cheeks application                                  | 0.80 115.00/hr  | 92.00    |
| 10/30/2024 | KG | Proofread final version of Cheeks letter; submit proposed consent to magistrate via ECF                                         | 0.40 115.00/hr  | 46.00    |
|            | KG | Finalize and file Cheeks application                                                                                            | 0.50 115.00/hr  | 57.50    |
|            |    | SUBTOTAL:                                                                                                                     [ | 68.70           | 7,900.50] |
| 2/15/2024  | SB | Review texts and add bates numbering; attention to index                                                                        | 3.00 95.00/hr   | 285.00   |
| 2/29/2024  | SB | Continue indexing of production                                                                                                 | 1.00 95.00/hr   | 95.00    |
| 3/15/2024  | SB | Assist KG with responses to defts' rogs; attention to formatting/document issues                                                | 1.00 95.00/hr   | 95.00    |
|            | SB | Telph call with Mr. Aquino re: ▮▮▮▮ meeting with MR re same                                                                     | 0.50 95.00/hr   | 47.50    |
| 3/28/2024  | SB | Update document index                                                                                                           | 0.70 95.00/hr   | 66.50    |
| 5/23/2024  | SB | Begin review of Colon's messages; make detailed chart/index concerning dates, times and topics of said messages; 3 hours in early afternoon and 3 hours in evening | 6.00 95.00/hr | 570.00 |
| 5/24/2024  | SB | Review of Colon's message and pay stubs/checks; prepare itemized spreadsheet of dates, times and topics of said messages, pay documents, and other documents proved by client | 3.00 95.00/hr | 285.00 |
| 5/30/2024  | SB | Meet with witnesses, collect statements regarding Plaintiff Aquino's claims (entry is inclusive of travel time/from Upper Manhattan) | 3.00 95.00/hr | 285.00 |
|            |    | SUBTOTAL:                                                                                                                     [ | 18.20           | 1,729.00] |
|            |    | For professional services rendered                                                                                              | 160.67          | $42,824.50 |

Additional Charges :

| | | Amount |
|---|---|---|
| Karina Gulfo | | |
| 8/11/2023 ANYSDC-28139284 Compl. Filing Fee | | 402.00 |
| 8/28/2023 Undisputed Legal, service of process; Invoice no. 9370820 | | 100.00 |
| 9/5/2023 Undisputed Legal Inc. - Service of Process, #015258 | | 400.00 |
| 11/2/2023 In-house copies | | 9.00 |
| 11/9/2023 In house copies | | 13.30 |
| 11/30/2023 in house copies | | 19.25 |
| 12/12/2023 In-house copies, defts' prelim. production | | 13.00 |
| 1/18/2024 In-house copies; copies of legal research documents and pleadings | | 17.00 |
| 2/20/2024 Undisputed Legal Invoice: Service on Halton | | 100.00 |
| 4/2/2024 Express Service of Process; Undisputed Legal Inc, Deft Yonah Halton, Invoice No. 660c52f38aa14 | | 200.00 |
| 8/23/2024 Ray Nardo, Esq. mediator fees | | 990.00 |
| 8/26/2024 Ray Nardo, Esq. - mediator fees | | 420.75 |
| SUBTOTAL: | | [   2,684.30] |

Total additional charges                                                                 $2,684.30

For professional services rendered                                        160.67       $45,508.80

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Marc Rapaport | 73.77 | 450.00 | $33,195.00 |
| Karina Gulfo | 68.70 | 115.00 | $7,900.50 |
| Samantha Bourdierd | 18.20 | 95.00 | $1,729.00 |