Outlook

**Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT**

| | |
|---|---|
| From | do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov> |
| Date | Fri 8/11/2023 4:53 PM |
| To | Marc Rapaport <mrapaport@rapaportlaw.com> |

**Caution**: External (do_not_reply@psc.uscourts.gov)

Sensitive Content   Details

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 2880559
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYSDC-28139284
Approval Code: 055332
Card Number: ************
Date/Time: 08/11/2023 04:53:31 ET

NOTE: This is an automated message. Please do not reply

5443047

UNDISPUTED LEGAL INC

590 MADISON AVENUE, 21 FL.

NEW YORK, NY 10022

212-203-8001

Term ID: 002

## Sale - Approved

| | | |
|---|---|---|
| Date | 09/05/23 | Time 22:52:58 |
| Method of Payment | Visa | |
| Entry Method | Manual | |
| Account # | XXXXXXXXXXXX | |

| | |
|---|---|
| Order ID | marc rapaport |
| Order Description: | re: Aaron Jungreis |
| Approval Code | 015258 |
| **Amount** | **$400.00** |

Customer Copy

# Transaction Receipt from UNDISPUTED LEGAL INC for $200.00 (USD)

Auto-Receipt <noreply@mail.authorize.net>
Tue 4/2/2024 2:48 PM
To: Karina Gulfo <kgulfo@rapaportlaw.com>

**Caution**: External (noreply@mail.authorize.net)

Sensitive Content   Details

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

### Order Information

| | |
|---|---|
| Description: | Express Pay |
| Invoice Number | 660c52f38aa14 |
| Customer ID | guest_1712083699 |

**Billing Information**          **Shipping Information**

RAPAPORT LAW FIRM PLLC
RAPAPORT LAW FIRM PLLC
80 EIGHTH AVE
NEW YORK, NY 10011
United States
kgulfo@rapaportlaw.com
2123821600

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 1 | Express Pay Amount | | 1 | N | $200.00 (USD) | $200.00 (USD) |

**Total: $200.00 (USD)**

### Payment Information

| | |
|---|---|
| Date/Time: | 2-Apr-2024 14:48:20 EDT |
| Transaction ID: | 120356517285 |
| Payment Method: | Visa xxxx |
| Transaction Type: | Purchase |
| Auth Code: | 034820 |

### Merchant Contact Information

UNDISPUTED LEGAL INC
NEW YORK, NY 10022
US
brianricks@undisputedlegal.com

# Transaction Receipt from UNDISPUTED LEGAL INC for $100.00 (USD)

Auto-Receipt <noreply@mail.authorize.net>
Tue 2/20/2024 12:35 PM
To: Karina Gulfo <kgulfo@rapaportlaw.com>

**Caution**: External (noreply@mail.authorize.net)

Sensitive Content   Details

Report This Email   FAQ   GoDaddy Advanced Email Security, Powered by INKY

## Order Information

| | |
|---|---|
| Description: | Express Pay |
| Invoice Number | 65d4e2ba70461 |
| Customer ID | guest_1708450490 |

**Billing Information**
Rapaport Law Firm PLLC
Rapaport Law Firm PLLC
XXXXXXXXXXXXXXXX 80 eighth ave
New York, ny 10011
United States
kgulfo@rapaportlaw.com
2123821600

**Shipping Information**

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| 1 | Express Pay Amount | | 1 | N | $100.00 (USD) | $100.00 (USD) |

**Total: $100.00 (USD)**

## Payment Information

| | |
|---|---|
| Date/Time: | 20-Feb-2024 12:34:50 EST |
| Transaction ID: | 120288803389 |
| Payment Method: | Visa xxxx |
| Transaction Type: | Purchase |
| Auth Code: | 013451 |

## Merchant Contact Information

UNDISPUTED LEGAL INC
NEW YORK, NY 10022
US
brianricks@undisputedlegal.com

**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 9370820
Issued: Aug 15, 2023

**Rapaport Law Firm PLLC**

One Penn Plaza Suite 2430
New York, NY 10119

| PAY TO: |
| --- |
| **Undisputed Legal Inc.**<br>590 Madison Ave 21st floor<br>New York, NY 10022 |

| Case: | 23-cv-07127 | Plaintiff / Petitioner: | Rudy A. Colon and Elvin Aquino |
| --- | --- | --- | --- |
| Job: | 9370820 | Defendant / Respondent: | Yaaron LLC, Aaron Jungreis, and Meir Rothman |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Routine | Meir Rothman | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Aug 15, 2023 | | ($100.00) |

| Thanks for your business. Please pay the "Balance Due" within 10 days. | Total: | $100.00 |
| --- | --- | --- |
| | Amount Paid: | ($100.00) |
| | **Balance Due:** | **$0.00** |

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

Undisputed Legal Inc.
590 Madison Ave 21st floor
New York, NY 10022

INVOICE: 10468006
Issued: Feb 20, 2024

**Rapaport Law Firm PLLC**

80 Eighth Ave Suite 206
New York, NY 10011

PAY TO:
**Undisputed Legal Inc.**
590 Madison Ave 21st floor
New York, NY 10022

| Case: | 1:23-cv-07127-JGK | Plaintiff / Petitioner: | Rudy A. Colon and Elvin Aquino |
| Job: | 10468006 | Defendant / Respondent: | Yaaron LLC, Aaron Jungreis, Meir Rothman, and Yonah Halton |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | Yonah Halton | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Feb 20, 2024 | | ($100.00) |

Thanks for your business. Please pay the "Balance Due" within 10 days.

Total: $100.00
Amount Paid: ($100.00)
**Balance Due:** $0.00

Undisputed Legal Inc. • 590 Madison Ave 21st floor, New York, NY 10022

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

# RAYMOND NARDO, P.C.

**ATTORNEY AT LAW**

**129 THIRD STREET, MINEOLA, NY 11501**

Phone: (516)248-2121 | Fax: (516)742-7675 | Email <raymondnardo@gmail.com>

August 23, 2024

Counsel for Plaintiff: Marc Rappaport, Esq.
Firm: Rappaport Law Firm PLLC

Counsel for Defendants: Regina Faul, Esq.
Firm: Phillips Nizer

Case: *Colon, et. al. v.* YAARON LLC, ET. AL.

| MEDIATION DATE | HOURLY RATE | HOURS | TOTAL |
|---|---|---|---|
| August 23, 2024 | $495 | 5.7 | $2,821.50 |
|  |  |  |  |
| ADVANCED BY PL. | 990 | ADVANCED BY DEF. | 0 |
| PLAINTIFF'S SHARE | $420.75 | DEFENDANT'S SHARE | $1410.75 |

Checks should be made payable to: "Raymond Nardo, P.C." or you can pay by Venmo to @Raymond-Nardo